IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PAMELA POLEJEWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>CASCADE COUNTY,<br><br><br>    Defendants. | CV 21-115-GF-JTJ<br><br><br>ORDER |

The Court stayed this matter pursuant to Plaintiff Pamela Polejewski's unopposed motion. (Doc. 33) The Court ordered Polejewski to file status reports every sixty (60) days during the stay. (Id.) Polejewski has not filed a status report since September 30, 2024.

IT IS HEREBY ORDERED:

Polejewski shall file a status report by January 21, 2025. Failure to comply with this Order will result in this action being dismissed.

1

DATED this 8th day of January 2025.

/s/ John Johnston
John Johnston
United States Magistrate Judge