IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PAMELA POLEJEWSKI,<br><br>　　Plaintiff,<br><br>v.<br><br>CASCADE COUNTY,<br><br><br>　　Defendants. | CV 21-115-GF-JTJ<br><br>ORDER |

　　The Court stayed this matter pursuant to Plaintiff Pamela Polejewski's (Polejewski) unopposed motion. (Doc. 33) The Court ordered Polejewski to file status reports every sixty (60) days during the stay. (Id.)

　　On January 8, 2025, following Polejewski's failure to file a status report with the Court since September 30, 2024, the Court ordered Polejewski to file a status report by January 21, 2025. (Doc. 45). The Court further advised Polejewski that her failure to do so would result in this action being dismissed. (Id).

1

Polejewski having failed to comply with this Court's January 8, 2025, Order,

IT IS HEREBY ORDERED this matter is DISMISSED.

DATED this 11th day of February 2025.

/s/ John Johnston
John Johnston
United States Magistrate Judge