UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Pamela Jo Polejewski,<br><br>     Plaintiff,<br><br>vs.<br><br>Cascade County et al.,<br><br>     Defendants. | Case No. CV-CV-21-115-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED IT IS HEREBY ORDERED this matter is DISMISSED..

Dated this 11th day of February, 2025

TYLER P. GILMAN, CLERK


By:   /s/ Kelsey Hanning
       Deputy Clerk